**KRIEGER & ZAID, PLLC**

Attorneys-At-Law
1133 21st Street, N.W.
Suite 800
Washington, D.C. 20036
(202) 223-9050
(202) 223-9066 fax

February 6, 2003

RECEIVED IN THE CHAMBERS OF
PETER J. MESSITTE

FEB 19 2003

UNITED STATES DISTRICT JUDGE

_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

CLE_____COURT
DISTRICT OF MARYLAND
BY                          DEPUTY

Chambers of the Honorable Peter J. Messitte
United States District Judge
United States District Court for the District of Maryland
6500 CherryWood Lane
Greenbelt, Maryland 20770

Re: <u>Melkessetian v. ALC, Inc. et al.</u>, Civil Action No. 02-1832 (D.Md)(PJM)

Dear Judge Messitte:

I write today jointly on behalf of all parties in the above action to request a further enlargement of the current discovery period and establishment of a briefing schedule. This letter supplements our Status Report dated January 31, 2003.

The present discovery deadline expired on January 31, 2003, although the recent Status Report requested extensions of either February 14, 2003 (defendants) or February 21, 2003 (plaintiff). The primary purpose for this new request arises from the parties' continuing efforts to obtain third party discovery from two federal agencies. Based on timely requests submitted pursuant to <u>Touhy v. Ragen</u>, 340 U.S. 462 (1951), both the Department of the Air Force's Office of Special Investigation ("AFOSI") and the Defense Security Service are still in the process of making available relevant documentation and access to witness testimony. Indeed, the parties informally "deposed" an AFOSI Special Agent earlier today. However, the parties are experiencing delays in procuring discoverable information that are outside of their control, particularly in light of the understandable recent activities of the military agencies in possession of the information.

In light of the above, the parties respectfully jointly request that the discovery cut-off be extended through February 28, 2003. The requests for Admissions would be due March 7, 2003. The defendants suggest filing their dispositive motion on March 14, 2003. The plaintiff intends on filing an Opposition/Cross-Motion, and all pleadings would be due using the deadlines set forth in the local rules. Presently, the Pretrial Conference is scheduled for April 22, 2003, at 4:30 pm. The parties have no objection to appearing on that date unless the Court wishes to reschedule it for a later time in light of the proposed revised briefing schedule.

Page 2
Re: <u>Melkessetian v. ALC, Inc. et al.</u>, Civil Action No. 02-1832
February 6, 2003

If our requested timetable is objectionable in anyway, we would be grateful for the opportunity to discuss this matter with you either via telephone conference or in person at a Status Conference. Additionally, if you wish for our request to be more formalized into that of a Motion, please do let me know and we will be happy to submit the appropriate joint pleading. Thank you for your attention to this matter.

Sincerely,

By: _____
Mark S. Zaid, #23887
Attorney For Plaintiff

Gregg E. Viola, #25737
Attorney For Defendants

Agreed to: _____  2/20/03
Judge Peter J. Messitte