## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HAIG MELKESSETIAN | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil No. PJM 02-1832 |
| | * |
| ALLWORLD LANGUAGE | * |
| CONSULTANTS, INC. *ET AL*. | * |
| | * |
| Defendants. | * |

## **ORDER**

The parties have advised the Court that the above action has settled, including all counterclaims, cross-claims, third-party claims, and attorneys' fees, if any. Accordingly, pursuant to Local Rule 111, it is, this _____ day of March, 2003

ORDERED, that this action is hereby DISMISSED, and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within sixty (60) days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

It is further ORDERED, that the Clerk of the Court shall mail copies of this Order to counsel of record.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE